No. 63426.—Suit 4983.—Henry Greenberg & Bros. Export & Import Co., Inc. *v.* United States.—

C.D. 2032 affirmed June 30, 1959. C.A.D. 709.

Before the Second Division, October 13, 1959

No. 63427.—F. H. Cone & Co., Inc. *v.* United States, protests 307257–K and 273895–K (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 63428.—Lacy Falk et al. *v.* United States, protests 315722–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiffs was sustained.

No. 63429.—Lacy Falk *v.* United States, protests 325654–K(C), etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 63430.—Lyons Transport *v.* United States, protest 309910–K/8884 (Chicago).

